THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SECURITIES & EXCHANGE COMMISSION :
:
      **Plaintiff,** :
:
v. : CIVIL CASE NO. 07-1475-JDB
:
JEFFREY A. HAYDEN, et al., :
:
      **Defendants.** :

### JEFFREY A. HAYDEN'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWER TO PLAINTIFF'S COMPLAINT

Defendant, Jeffrey A. Hayden, by and through his undersigned counsel, respectfully moves for the entry of an Order enlarging the time within which he may file an Answer to the Plaintiff's Complaint lodged in this civil action. Mr. Hayden is requesting an additional forty-five (45) days to file an Answer to the Plaintiff's Complaint, up to and including January 10, 2008.

As grounds, the following is stated:

1. Donald N. Dowie, Esquire, counsel for plaintiff SEC, does not oppose this Motion for an enlargement of time requested by defendant Jeffrey A Hayden to file an Answer to the Plaintiff's Complaint.

2. On September 24, 2007, Defendant Jeffrey A. Hayden timely waived service of the summons pursuant to Federal Rule Civil Procedure 4(d). Accordingly, Mr. Hayden is required to file an answer to the Plaintiff's Complaint within sixty (60) days following September 24, 2007. *See* Fed. R. Civ. Proc. 4(d)(3). It is believed, currently, that Mr. Hayden is required to file an Answer to the Plaintiff's Complaint on or before November 26, 2007.

3. Mr. Hayden, by and through counsel, is presently enjoying ongoing discussions with the SEC which should result in a Consent to Final Judgment being executed by Mr. Hayden. It is expected that the additional forty-five (45) days to file an Answer to the Plaintiff's Complaint should allow the parties ample time to either tender to the Court an executed Consent to Final Judgment, or the filing of an Answer to the Plaintiff's Complaint.

**WHEREFORE**, for the foregoing reasons and such other reasons that may appear just and proper, Defendant, Jeffrey A. Hayden, respectfully moves for the entry of an Order enlarging the time within which he may file an Answer to the Plaintiff's Complaint, up to and including January 10, 2008.

Respectfully submitted,

*/s/ Allen H. Orenberg*
Allen H. Orenberg, Esq. Bar No. 395519
The Orenberg Law Firm, P.C.
11200 Rockville Pike, Suite 300
North Bethesda, MD 20852
Tel:  (301) 984-8005
Fax:  (301) 984-8008
aorenberg@orenberglaw.com

Counsel for Jeffrey A. Hayden

**Certificate of Service**

I hereby certify that on the 26th day of October, 2007, a copy of the foregoing Jeffrey A. Hayden's Unopposed Motion for an Enlargement of Time to File an Answer to the Plaintiff's Complaint, and a proposed Order, was served to by either: (1) facsimile (202-772-9245), or (2) by e-mail (dowied@sec.gov), to: Donald N. Dowie, Esq., Securities & Exchange Commission, Division of Enforcement, 100 F Street, N. E., Washington, D.C. 20549-4010.

_____
Allen H. Orenberg

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL CASE NO. 07-1475-JDB |
| : | |
| JEFFREY A. HAYDEN, et al., : | |
| : | |
| Defendants. : | |

## ORDER

Upon Consideration of the Unopposed Motion filed by the defendant, Jeffrey A. Hayden, for an enlargement of time to file an Answer to the Plaintiff's Complaint, it is hereby this _____ day of _____, 2007, ORDERED,

The Motion is GRANTED. Accordingly, defendant, Jeffrey A. Hayden, may file his Answer to the Plaintiff's Complaint on or before January 10, 2008.

_____
Judge, U.S. District Court
For the District of Columbia

Copies to:

Allen H. Orenberg, Esquire
The Orenberg Law Firm, P.C.
11200 Rockville Pike
Suite 300
North Bethesda, MD  20852

Donald N. Dowie, Esq.
Securities & Exchange Commission
Division of Enforcement
100 F Street, N. E.
Washington, D.C.  20549-4010

1