UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                       Plaintiff,<br><br>      v.<br><br>MARC T. DUCHESNE;<br>JEFFREY A. HAYDEN;<br>GREGORY A. MOFFITT;<br>ROBERT S. PARSLEY; AND<br>NATIONWIDE CAPITAL CORPORATION,<br><br>                       Defendants. | Civil Action No. 07-cv-1475 (JDB)<br><br>**NOTICE RE OVERSEAS STATUS OF DEFENDANT MARC T. DUCHESNE** |

The plaintiff, Securities and Exchange Commission, provides this notice to advise the Court that defendant Marc Duchesne, to the best of the Commission's knowledge, is in the custody of the Swiss government at this time. *See United States v. Duchesne*, Government's Motion to Unseal Indictment, No. 06-cr-259 (D.D.C. September 19, 2007).

This development will affect the time for service and the process by which we are required to serve Duchesne. *See* Fed. R. Civ. P. 4(f). Our understanding is that Switzerland is a signatory to the Hague Convention on Service of Process. Accordingly, we are attempting to determine Duchesne's specific location so that we can effect Hague Convention service upon him.

In this same vein, the Court has entered consent judgments against defendants Moffit and Parsely, and defendant Hayden has waived service of the summons and complaint.

Respectfully submitted,

/s/ Donald N. Dowie
Donald N. Dowie
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington D.C. 20549-4030
Telephone: (202) 551-4471 (Dowie)
Fax: (202) 772-9245

## CERTIFICATE OF SERVICE

    I, Donald Dowie, hereby certify that on this 18th day of December 2007, I caused copies of the foregoing Notice to be served via First Class Mail on counsel for defendant Hayden as follows:

        Allen H. Orenberg, Esq.
        The Orenberg Law Firm, P.C.
        11200 Rockville Pike
        Suite 300
        North Bethesda, Maryland  20852

_____
Donald N. Dowie
Counsel for Plaintiff