UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARC T. DUCHESNE;<br>JEFFREY A. HAYDEN;<br>GREGORY A. MOFFITT;<br>ROBERT S. PARSLEY; AND<br>NATIONWIDE CAPITAL CORPORATION,<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 07-cv-1475 (JDB)<br><br>**NOTICE OF RELATED CASE** |

　　　The plaintiff, Securities and Exchange Commission, provides this notice to advise the Court that defendant Marc Duchesne is also a defendant in a criminal case in this district which we believe involves related factual and legal issues. *See generally United States v. Duchesne*, No. 06-cr-259 (D.D.C.).

　　　Respectfully submitted,

_(signature)_
Donald N. Dowie
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington D.C. 20549-4030
Telephone: (202) 551-4471 (Dowie)
Fax: (202) 772-9245

## CERTIFICATE OF SERVICE

I, Donald Dowie, hereby certify that on this 19th day of December 2007, I caused copies of the foregoing Notice to be served via First Class Mail on counsel for defendant Hayden as follows:

> Allen H. Orenberg, Esq.
> The Orenberg Law Firm, P.C.
> 11200 Rockville Pike
> Suite 300
> North Bethesda, Maryland 20852

_____
Donald N. Dowie
Counsel for Plaintiff