UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>  v.<br><br>MARC T. DUCHESNE;<br>JEFFREY A. HAYDEN;<br>GREGORY A. MOFFITT;<br>ROBERT S. PARSLEY; AND<br>NATIONWIDE CAPITAL CORPORATION,<br><br>      Defendants. | Civil Action No. 07-cv-1475<br><br>JOINT MOTION TO EXTEND TIME FOR DEFENDANT HAYDEN TO RESPOND TO COMPLAINT |

  The plaintiff, Securities and Exchange Commission, and the defendant, Jeffrey Hayden, jointly move for an extension of time for defendant Hayden to file a response to the Commission's complaint, from January 11, 2008 until April 11, 2008.

  We support this motion with a brief and a proposed order.

JOINT MOTION TO EXTEND TIME FOR DEFENDANT HAYDEN TO
RESPOND TO COMPLAINT – Page 2

Respectfully submitted,

*[signature]*
Donald N. Dowie
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, D.C. 20549-4010
Phone: (202) 551-4471 (Dowie)
Fax: (202) 772-9245
Email: dowied@sec.gov
Counsel for SEC

*[signature]*
Allen H. Orenberg, Esq.
The Orenberg Law Firm, P.C.
11200 Rockville Pike
Suite 300
North Bethesda, Maryland 20852
Phone: (301) 984-8005
Fax: (301) 468-0215
Email: aorenberg@orenberglaw.com
Counsel for Jeffrey Hayden

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>MARC T. DUCHESNE;<br>JEFFREY A. HAYDEN;<br>GREGORY A. MOFFITT;<br>ROBERT S. PARSLEY; AND<br>NATIONWIDE CAPITAL CORPORATION,<br><br>Defendants. | Civil Action No. 07-cv-1475<br><br>**JOINT BRIEF IN SUPPORT OF MOTION TO EXTEND TIME FOR DEFENDANT HAYDEN TO RESPOND TO COMPLAINT** |

The plaintiff, Securities and Exchange Commission, and the defendant, Jeffrey Hayden, have jointly moved for an extension of time for defendant Hayden to file a response to the Commission's complaint, from January 11, 2008 until April 11, 2008.

The parties seek a three-month extension because the Commission staff and Hayden have been in settlement negotiations. The Commission staff and defendant Hayden are optimistic that terms can be reached which the Commission staff would feel comfortable presenting to the Commission itself – which has the sole authority to accept settlement offers.

We anticipate, however, that this process will consume 90 days if negotiations continue to be fruitful. Accordingly, rather than expending time and money filing additional pleadings and providing Rule 26(a)(1) disclosures, we respectfully request that the time for Mr. Hayden to file his answer be extended until April 11, 2008.

This is the second extension of time sought by a party in this case.

We know of no other deadlines that will be affected, and there will be no prejudice to any party if the Court grants this motion.[1]

Respectfully submitted,

Donald N. Dowie
SECURITIES AND EXCHANGE COMMISSION
100 F Street, NE
Washington, D.C. 20549-4010
Phone: (202) 551-4471 (Dowie)
Fax: (202) 772-9245
Email: dowied@sec.gov
Counsel for SEC

Allen H. Orenberg, Esq.
The Orenberg Law Firm, P.C.
11200 Rockville Pike
Suite 300
North Bethesda, Maryland 20852
Phone: (301) 984-8005
Fax: (301) 468-0215
Email: aorenberg@orenberglaw.com
Counsel for Jeffrey Hayden

---

[1] In this regard, the only other remaining defendant is Marc Duchesne, who we understand is in Swiss custody overseas. We have been unable to yet serve him, but expect to commence Hague Convention service shortly. Hague service, however, is not always swiftly executed.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES & EXCHANGE COMMISSION** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL CASE NO. 07-1475-JDB |
| : | |
| JEFFREY A. HAYDEN, et al., : | |
| : | |
| Defendants. : | |

## ORDER

Upon Consideration of the Joint Motion To Extend Time For Defendant Hayden To Respond To Complaint, it is hereby this _____ day of _____, 200____, ORDERED,

The Motion is GRANTED. Accordingly, defendant, Jeffrey A. Hayden, may file his Response to the Plaintiff's Complaint on or before April 11, 2008.

_____
Judge, U.S. District Court
For the District of Columbia

Copies to:

Allen H. Orenberg, Esquire
The Orenberg Law Firm, P.C.
11200 Rockville Pike
Suite 300
North Bethesda, MD  20852

Donald N. Dowie, Esq.
Securities & Exchange Commission
Division of Enforcement
100 F Street, N. E.
Washington, D.C.  20549-4010

1

Approved as to form:

*[signature]*
Allen H. Orenberg, Esquire
The Orenberg Law Firm, P.C.
11200 Rockville Pike
Suite 300
North Bethesda, MD 20852

*[signature]*
Donald N. Dowie, Esq.
Securities & Exchange Commission
Division of Enforcement
100 F Street, N.E.
Washington, D.C. 20549-4010