AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 25ᵗʰ MARCH 2008 |
| NAME OF SERVER (PRINT) | TITLE Ms SUSAN GARNETT |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: __HM PRISON WANDSWORTH, HEATHFIELD ROAD, WANDSWORTH, LONDON, SW18 3HS__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __25ᵗʰ March 2008__    __S Garnett__
                Date                        Signature of Server

__59-61 High Road, North Weald,__
Address of Server
__Essex, CM16 6HP (U.K.)__

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.