UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

      v.

MARC T. DUCHESNE, et al.,

               Defendants.

C.A. No. 1:07-cv-01475 (JDB)

# DECLARATION IN SUPPORT OF PLAINTIFF SEC'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MARC T. DUCHESNE

I, Donald N. Dowie, declare the following to be true and correct to the best of my knowledge under penalty of perjury:

1. I am over the age of 21 and am competent to testify. I make all statements in this Declaration based on personal knowledge unless stated otherwise.

2. I am an Assistant Chief Litigation Counsel with the U.S. Securities and Exchange Commission ("SEC") in the Commission's Washington, D.C. offices. I have been assigned as counsel in the above-captioned matter.

3. I provide this Declaration in compliance with the Soldiers and Sailors Civil Relief Act of 1940, as amended in 1942 and 1960, Title 50, Appendix, Section 520, United States Code.

4. On behalf of Plaintiff SEC, I have reviewed the case files and other information concerning Defendant Marc T. Duchesne ("Duchesne") to ascertain whether or not he is in the military of the United States or its allies.

1

5. As a result of the review, I hereby allege that to the best of my knowledge, information and belief, Defendant Duchesne is not in the military service of the United States or its allies; nor is he an officer of the public health service detailed by proper authority for duty with the Army or the Navy. Neither is Defendant Duchesne under training or education under the supervision of the United States preliminary to induction into the military services; nor has he been ordered to report for induction under the Selective Training and Service Act of 1940, as amended; nor is Defendant Duchesne a member of the Enlisted Reserve Corps who has been ordered to report for military service.

Dated: July 8, 2008

Donald N. Dowie

## CERTIFICATE OF SERVICE

I, Donald N. Dowie, hereby certify that on this 8th day of July 2008, I caused copies of the forgoing DECLARATION IN SUPPORT OF PLAINTIFF SEC'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MARC T. DUCHESNE to be served on the following by First Class Mail, postage-prepaid:

Allen Orenberg, Esq.
Orenberg Law Firm P.C.
Suite 300
11200 Rockville Pike
North Bethesda, Md. 20852

Marc T. Duchesne
Prisoner No. WA9516
HM Prison Wandsworth
Heathfield Rd
Wandsworth
London SW18 3HS
England, United Kingdom

Karen Todner, Esq.
KAIM TODNER, LLP
5 ST Bride Street
London EC4A 4AS
England, United Kingdom


_____
Donald N. Dowie  (DD3576)
Securities and Exchange Commission
100 F St., N.E.
Mail Stop 4631
Washington, D.C. 20549
(202) 551-4471
(202) 772-9245 (Fax)